**Tabetha A. Martinez, Esq. (NV 14237)**
**Justin M. Pasquale, Esq. (NV 15079)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
　　　jpasquale@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JODI MORALES, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALMART, INC. dba WALMART; a foreign corporation; DOES EMPLOYEES 1-10; and ROE BUSINESS ENTITIES 1-10, inclusive.<br><br>　　　　　Defendant. | Case No.: 2:24-cv-01492-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, JODI MORALES and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

-1-

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

1  Each party is to bear its, his, or her own attorneys' fees and costs.

2  **IT IS SO STIPULATED.**

3  Dated this 5th Day of December 2024.    **REX LAW**

4  By: ___/s/___Cory Rex_____
Cory Rex, Esq., NV Bar No. 10577
5  170 South Green Valley Parkway, Suite 300
Henderson, NV 89012
6  *Attorneys for Plaintiffs*

8  Dated this 6th Day of Decmeber 2024.    **BURGER, MEYER & D'ANGELO, LLP**

10  By: ___/s/ Tabetha Martinez_____
Tabetha Martinez, NV Bar No. 14237
11  725 S 8th Street, Suite 200
Las Vegas, NV 89101
12  *Attorneys for Defendant Walmart, Inc.*

15  **ORDER**

16  Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND

17  DECREED that Plaintiff's Complaint in District Court Case No. 2:24-cv-01492-DJA is dismissed

18  WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

19  The Clerk of Court is kindly directed to close this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: December 9, 2024

-2-
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**